IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| WILLIE JOE LANE, JR. and<br>JACQUELINE COOPER, | §<br>§<br>§ | |
| *Plaintiffs*, | §<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 1:24-CV-150-MJT |
| CITY OF JASPER, TEXAS, *et al.*, | §<br>§<br>§ | |
| *Defendants*. | §<br>§ | |

**ORDER ADOPTING THE REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

This case involves property damage allegedly caused by Defendant City of Jasper, Texas to two buildings respectively owned by Plaintiffs Willie Lane Cooper, Jr. and Jacqueline Cooper. [Dkt. 17]. Plaintiffs are proceeding *pro se* and have paid the filing fee for this case. The District Court referred this case to the Honorable Christine L. Stetson, United States Magistrate Judge, to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72.p

On January 7, 2025, the Magistrate Judge issued a Report and Recommendation [Dkt. 40] advising the Court to *sua sponte* dismiss without prejudice Plaintiffs Willie Lane Cooper, Jr.'s and Jacqueline Cooper's claims against individual Defendants Chris Lanier, David Schulz, Ronnie Sample, Brandon Duckworth, and Jeremy Chesnutt pursuant to Rules 4(m) and 41(b). For Defendant City of Jasper, Texas and Plaintiff Willie Joe Lane, Jr., objections to the Report and Recommendation were due by January 21, 2025. Plaintiff Jacqueline Cooper had until January 24, 2025 to file her objections. To date, the parties have not filed objections to the Report and

Recommendation, nor have Plaintiffs filed with the Court the returns of service for the five individual Defendants or shown the Court good cause for their failure to do so since the Magistrate Judge issued the Report and Recommendation.

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence. After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge [Dkt. 40] is ADOPTED. Pursuant to Federal Rules of Civil Procedure 4(m) and 41(b), Plaintiffs Willie Lane Cooper, Jr.'s and Jacqueline Cooper's claims against individual Defendants Chris Lanier, David Schulz, Ronnie Sample, Brandon Duckworth, and Jeremy Chesnutt are DISMISSED WITHOUT PREJUDICE for their failure to effect proper service, prosecute their claims, and obey the Court's orders.

**SIGNED this 5th day of February, 2025.**

Michael J. Truncale
United States District Judge